SIMON, HEALEY & GOLDSTEIN, INC., ET AL. *v.* UNITED STATES

**No. 6835.**—Invoices dated Derby, England, May 20, 1946, etc.
Certified May 21, 1946, etc.
Entered at New York, N. Y., June 17, 1946, etc.
Entry No. 768846, etc.

(Decided February 5, 1947)

*Siegel, Mandell & Davidson* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: The record upon which the appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision, establishes that the issues herein are similar in all material respects to the issues involved in *United States* v. *Pitcairn*, C. A. D. 334, and the record therein has been admitted in evidence in this case.

Upon the established facts and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any amounts added by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

MEADOWS WYE & CO., INC., ET AL. *v.* UNITED STATES

**No. 6836.**—Invoices dated Bristol, England, May 1943, etc.
Certified May 1943, etc.
Entered at New York, N. Y., May 26, 1943, etc.
Entry No. 728775, etc.

(Decided February 5, 1947)

*Jordan & Klingaman* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

KINCHELOE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.